## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELISSA EBERT,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **No. 12-01253** |
| **C.R. BARD, INC., ET AL.,** | : | |
| **Defendants.** | : | |

### O R D E R

**AND NOW**, this 24th day of April, 2014, upon consideration of defendants'

motion for protective order (Doc. No. 55) and responses thereto, it is hereby **ORDERED**

that the motion is **GRANTED**.

Plaintiff and Plaintiff's counsel are hereby **ORDERED** that they are precluded

from using Dr. Lehmann's Litigation Consultant Report or the contents of the document

in this action.

BY THE COURT:


/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.